FRANK X. BARTH, as Executor of FRANK L. BARTH, Deceased, Appellant, v BARTH, SULLIVAN & LANCASTER, Respondent, et al., Defendant.

(Appeal from Order of Supreme Court, Erie County, Fudeman, J.—Dismiss Complaint.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.